UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                            :
DONTA L. PALM,                              :         CASE NO. 5:05CV02667
                                            :
        Petitioner,                         :
                                            :
vs.                                         :         ORDER
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
        Respondent.                         :
                                            :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court considers this case for the limited purpose of determining whether petitioner's letters filed September 5, 2006, may be treated as a Fed. R. App. P. 4(a)(5) motion for an extension of time to file a notice of appeal.

The Court notes that its Order of September 11, 2006, granting petitioner's motion to proceed in forma pauperis and certifying petitioner's appeal pursuant to Section 1915(a)(3) of Title 28 of the United States Code [Doc. 21] implicitly extended petitioner's time to file a notice of appeal for good cause as allowed by the Federal rules.

Accordingly the Court orders that petitioner's September 5, 2006, letters be treated as a Fed. R. App. P. 4(a)(5) motion for an extension of time to file a notice of appeal and grants petitioner's motion to appeal.

IT IS SO ORDERED.

Dated: February 13, 2007              s/        *James S. Gwin*
                                      JAMES S. GWIN
                                      UNITED STATES DISTRICT JUDGE

1